IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RODNEY LAWAYNE DUFF                                                                    PLAINTIFF

v.                                    Case No. 2:12-CV-02246

ROBERT PETERSON, Jail Administrator,
Johnson County Detention Center                                                        DEFENDANT

**O R D E R**

Currently before the Court is the Report and Recommendation (Doc. 14) filed in this case on Arpil 3, 2013, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. No party has filed objections to the Report and Recommendation, and the time period for filing objections has passed.

Defendant filed a Motion to Dismiss on March 1, 2013. Defendant states that Plaintiff has not updated his address with the Court as required; Plaintiff's last contact with the Court was October 12, 2012; and Defendant has not been able to contact Plaintiff about this litigation via correspondence or otherwise, despite attempting to do so.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be, and hereby is ADOPTED IN ITS ENTIRETY.

Accordingly, IT IS ORDERED that Defendant's Motion to Dismiss (Doc. 11) is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Judgment will be entered accordingly.

IT IS SO ORDERED this 21st day of May, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE