IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RODNEY LAWAYNE DUFF                                                                                PLAINTIFF

v.                              Case No. 2:12-CV-02246

ROBERT PETERSON, Jail Administrator,
Johnson County Detention Center                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Defendant's Motion to Dismiss (Doc. 11) is GRANTED, and this case is DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ADJUDGED this 21st day of May, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE